```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>Autoville Service, Inc., et al,<br><br>    Defendants | Case No. **2:08-cv-02200-LKK-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: February 9, 2009<br>Time: 3:30 pm<br>Courtroom: 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from February 9, 2009 to March 9, 2009. Plaintiff filed a First Amended Complaint on January 6, 2009 adding an additional Defendant, Auto World, Inc. A continuance to March 9, 2009 for the status conference will

PDF created with pdfFactory trial version www.pdffactory.com

give the Defendants ample time to answer Plaintiff's complaint.

Dated: January 27, 2009          /s/Scott N. Johnson

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 13, 2009 at 3:30 p.m.

Date: February 2, 2009.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-08-cv-02200-LKK-EFB - 2

PDF created with pdfFactory trial version www.pdffactory.com